FILED
CLERK, U.S. DISTRICT COURT
JAN - 7 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: MJ 22-0086 |
| Plaintiff, | |
| vs. | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Lisa Marie Clune, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Southern District/Calif.** for alleged violation(s) of the terms and conditions of his/her [probation] (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓)  The defendant has not met his/**her** burden of establishing by clear and convincing evidence that he/**she** is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **no known bail resources, prior escape arrest,**

1 _apparent ongoing substance abuse, left prior treatment_
2 _program against advice_

3

4 (and)/or

5 B. (✓) The defendant has not met his/(her) burden of establishing by
6 clear and convincing evidence that he/(she) is not likely to pose
7 a danger to the safety of any other person or the community if
8 released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 on: _lengthy criminal history, ongoing substance abuse,_
10 _prior probation violations_

11

12

13

14 IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.

16

17 Dated: Jan. 7, 2022           /s/ Jean Rosenbluth
                                JEAN ROSENBLUTH
18                              U.S. MAGISTRATE JUDGE